**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
   amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____            Date report filed: _____
                                                    MM / DD / YYYY

Line of business: _____            NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party    *Sofia Areas*

Printed name of responsible party    _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❑    ❑    ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑    ❑    ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    – $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.    = $ _____

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name _____    Case number_____

---

## █ 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                            $ _____

   *(Exhibit F)*

---

## █ 5. Employees

26. What was the number of employees when the case was filed?                               _____

27. What is the number of employees as of the date of this monthly report?                   _____

---

## █ 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                              $ _____

31. How much have you paid in total other professional fees since filing the case?             $ _____

---

## █ 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                         $ _____

36. Total projected cash disbursements for the next month:                                  − $ _____

37. Total projected net cash flow for the next month:                                       = $ _____

---

Debtor Name  _____        Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*                                    Case No.: 19-25286-RAM

CHILDREN FIRST CONSULTANTS, INC.,           Chapter 11

 _____Debtor._____ /

      Children First Consultants, Inc. has accounts payables that it has not paid, as detailed on

**Exhibit "E."**

# Exhibit "C"

Exhibit C

DATE     DESCRIPTION                                                      AMOUNT

17-Jul Florida Blue Payment                                              604.13

# Exhibit "D"

Exhibit D

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 1-Jul | Recurring Card Purchase 06/30 Amazon Prime*MS23C9Y Amzn.Com/Bill WA Card 1733 $13.09 | $ 13.09 |
| 2-Jul | Card Purchase 07/02 Google Gsuite_Childre 650-2530000 CA Card 1733 18.00 | $ 18.00 |
| 3-Jul | Recurring Card Purchase 07/03 Public Storage 00116 800-567-0759 FL Card 0179 76.77 | $ 76.77 |
| 6-Jul | Recurring Card Purchase 07/03 Dropbox*Cttqkdc2Sbgs 888-4468396 De Card 1733 75.00 | $ 75.00 |
| 6-Jul | Recurring Card Purchase 07/06 Int*Quickbooks Online 800-446-8848 CA Card 1733 70.00 | $ 70.00 |
| 13-Jul | Recurring Card Purchase 07/11 Adobe Acropro Subs 408-536-6000 CA Card 1733 24.99 | $ 24.99 |
| 20-Jul | Website creation payment | $ 230.00 |
| 22-Jul | Recurring Card Purchase 07/21 His*Hiscox Inc 888-202-3007 NY Card 1733 98.83 | $ 98.83 |
| 27-Jul | Recurring Card Purchase 07/27 J2 *Myfax Services 877-437-3607 CA Card 1733 10.00 | $ 10.00 |
| 27-Jul | Recurring Card Purchase 07/25 Google *Google Storag 855-836-3987 CA Card 1733 1.99 | $ 1.99 |
| 29-Jul | Counter check | $ 2.00 |
| 31-Jul | Card Purchase 07/30 Fedex 395283636269 Memphis TN Card 1733 38.45 | $ 38.45 |
| 31-Jul | Recurring Card Purchase 07/30 Amazon Prime*Mv7Br3I Amzn.Com/Bill WA Card 1733 13.09 | $ 13.09 |
| | | $ 672.21 |

# Exhibit "E"

| Who is owed the money | Purpose of Debt | Amount | Due Date |
|---|---|---|---|
| Mirta Garcia | Services Rendered Nov 15-30 | $ 637.50 | 12/8/2019 |
| Mirta Garcia | Services Rendered Nov 15-30 | $ 650.00 | 12/8/2019 |
| T & R Franco Corp | Services Rendered Nov 15-30 | $1,575.00 | 12/8/2019 |

$2,862.50

| Who is owed the money | Purpose of Debt | Amount | Due Date |
|---|---|---|---|
| Mirta Garcia | Services Rendered Dec 1-15 | $ 675.00 | 1/10/2019 |
| Mirta Garcia | Services Rendered Dec 1-15 | $ 750.00 | 1/10/2019 |
| T & R Franco Corp | Services Rendered Dec 1-31 | $2,800.00 | 1/10/2019 |
| Alonso Therapy Services Corp | Services Rendered Dec 1-31 | $2,500.00 | 1/10/2019 |

$6,725.00

Total    **$9,587.50**

# Exhibit "F"

# Children First Consultants Inc

## A/R AGING SUMMARY

As of July 31, 2020

|  | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| AHCA |  |  |  |  | 1,483,279.82 | $1,483,279.82 |
| Wellcare |  |  |  |  | 18,699.46 | $18,699.46 |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $1,501,979.28 | $1,501,979.28 |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

July 01, 2020 through July 31, 2020

Account Number: ___ J7151



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00123043 DRE 021 210 21420 NNNNNNNNNN 1 000000000 64 0000
CHILDREN FIRST CONSULTANTS INC
DEBTOR-IN-POSSESSION 19-25286
5246 SW 8TH ST STE 208-D
CORAL GABLES FL 33134-2375

## CHECKING SUMMARY   Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$17,346.72** |
| Deposits and Additions | 1 | 604.13 |
| ATM & Debit Card Withdrawals | 11 | -440.21 |
| Electronic Withdrawals | 1 | -230.00 |
| Fees | 1 | -2.00 |
| **Ending Balance** | **14** | **$17,278.64** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/17 | Remote Online Deposit | 1 | $604.13 |
| **Total Deposits and Additions** | | | **$604.13** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Recurring Card Purchase 06/30 Amazon Prime*MS23C9Y Amzn.Com/Bill WA Card 1733 | $13.09 |
| 07/02 | Card Purchase        07/02 Google  Gsuite_Childre 650-2530000 CA Card 1733 | 18.00 |
| 07/03 | Recurring Card Purchase 07/03 Public Storage 00116 800-567-0759 FL Card 0179 | 76.77 |
| 07/06 | Recurring Card Purchase 07/03 Dropbox*Cttqkdc2Sbgs 888-4468396 De Card 1733 | 75.00 |
| 07/06 | Recurring Card Purchase 07/06 Int*Quickbooks Online 800-446-8848 CA Card 1733 | 70.00 |
| 07/13 | Recurring Card Purchase 07/11 Adobe Acropro Subs 408-536-6000 CA Card 1733 | 24.99 |
| 07/22 | Recurring Card Purchase 07/21 His*Hiscox Inc 888-202-3007 NY Card 1733 | 98.83 |
| 07/27 | Recurring Card Purchase 07/27 J2 *Myfax Services 877-437-3607 CA Card 1733 | 10.00 |
| 07/27 | Recurring Card Purchase 07/25 Google *Google Storag 855-836-3987 CA Card 1733 | 1.99 |
| 07/31 | Card Purchase        07/30 Fedex 395283636269 Memphis TN Card 1733 | 38.45 |
| 07/31 | Recurring Card Purchase 07/30 Amazon Prime*Mv7Br3l Amzn.Com/Bill WA Card 1733 | 13.09 |
| **Total ATM & Debit Card Withdrawals** | | **$440.21** |

## ATM & DEBIT CARD SUMMARY

Oxana Garkavchenko  Card 0179

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $76.77 |

 **CHASE**

| | | |
|---|---|---|
| Total Card Deposits & Credits | | $0.00 |
| Sofia Aneas  Card 1733 | | |
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $363.44 |
| Total Card Deposits & Credits | | $0.00 |
| ATM & Debit Card Totals | | |
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $440.21 |
| Total Card Deposits & Credits | | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/20 | Quickpay With Zelle Payment To Luzmarina Sanz Jpm403338852 | $230.00 |
| **Total Electronic Withdrawals** | | **$230.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/29 | Counter Check | $2.00 |
| **Total Fees** | | **$2.00** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | $17,333.63 | 07/13 | 17,068.87 | 07/27 | 17,332.18 |
| 07/02 | 17,315.63 | 07/17 | 17,673.00 | 07/29 | 17,330.18 |
| 07/03 | 17,238.86 | 07/20 | 17,443.00 | 07/31 | 17,278.64 |
| 07/06 | 17,093.86 | 07/22 | 17,344.17 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 11 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **11** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

Children First Consultants Inc

**TOTAL BUS CHK (7151), Period Ending 07/31/2020**

**RECONCILIATION REPORT**

Reconciled on: 08/12/2020

Reconciled by: Sofia Aneas

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 17,346.72 |
| Checks and payments cleared (13) | -672.21 |
| Deposits and other credits cleared (1) | 604.13 |
| Statement ending balance | 17,278.64 |
| | |
| Register balance as of 07/31/2020 | 17,278.64 |
| Cleared transactions after 07/31/2020 | 0.00 |
| Uncleared transactions after 07/31/2020 | -595.09 |
| Register balance as of 08/12/2020 | 16,683.55 |

**Details**

Checks and payments cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2020 | Expense | | Amazon | -13.09 |
| 07/02/2020 | Expense | | Google | -18.00 |
| 07/03/2020 | Expense | | | -76.77 |
| 07/06/2020 | Expense | | | -75.00 |
| 07/06/2020 | Expense | | | -70.00 |
| 07/13/2020 | Expense | | | -24.99 |
| 07/20/2020 | Expense | | | -230.00 |
| 07/22/2020 | Expense | | | -98.83 |
| 07/27/2020 | Expense | | MyFax | -10.00 |
| 07/27/2020 | Expense | | Google | -1.99 |
| 07/29/2020 | Expense | | | -2.00 |
| 07/31/2020 | Expense | | | -38.45 |
| 07/31/2020 | Expense | | Amazon | -13.09 |

| Total | | | | -672.21 |
|---|---|---|---|---|

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/17/2020 | Deposit | 1 | Florida Blue | 604.13 |

| Total | | | | 604.13 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments after 07/31/2020

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2020 | Expense | | | -82.10 |
| 08/03/2020 | Expense | | Google | -18.00 |
| 08/04/2020 | Check | 2348 | Us Trustee | -325.00 |
| 08/04/2020 | Expense | | | -75.00 |
| 08/06/2020 | Expense | | | -70.00 |
| 08/11/2020 | Expense | | | -24.99 |

| Total | | | | -595.09 |
|---|---|---|---|---|

# Children First Consultants Inc

## PROFIT AND LOSS

January - July, 2020

|  | TOTAL |
|---|---|
| Income |  |
| Sales | 6,162.04 |
| **Total Income** | **$6,162.04** |
| **GROSS PROFIT** | **$6,162.04** |
| Expenses |  |
| Accounting Software Licence | 623.82 |
| Advertising & Marketing | 263.45 |
| Bank Charges & Fees | 2.00 |
| Insurance | 494.19 |
| Legal & Professional Services | 2,570.00 |
| Office Supplies | 754.67 |
| Other Business Expenses | 980.39 |
| Rent & Lease | 576.77 |
| Taxes & Licenses | 150.00 |
| Therapy Licence Software | 486.92 |
| Therapy Supplies | -44.50 |
| Utilities | 70.00 |
| **Total Expenses** | **$6,927.71** |
| **NET OPERATING INCOME** | **$ -765.67** |
| **NET INCOME** | **$ -765.67** |

# Children First Consultants Inc

BALANCE SHEET

As of July 31, 2020

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| TOTAL BUS CHK (7151) | 17,278.64 |
| **Total Bank Accounts** | **$17,278.64** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 1,501,979.28 |
| **Total Accounts Receivable** | **$1,501,979.28** |
| Other Current Assets | |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$0.00** |
| **Total Current Assets** | **$1,519,257.92** |
| Other Assets | |
| Loan to Health First Consultants Inc | 1,510.00 |
| **Total Other Assets** | **$1,510.00** |
| **TOTAL ASSETS** | **$1,520,767.92** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 958,486.41 |
| **Total Accounts Payable** | **$958,486.41** |
| Other Current Liabilities | |
| Direct Deposit Payable | 0.00 |
| Loan from Shareholder | 36,836.00 |
| Payroll Liabilities | |
| Federal Taxes (941/944) | 6,711.90 |
| Federal Unemployment (940) | -370.00 |
| FL Unemployment Tax | 0.00 |
| Humana | 0.00 |
| Salaries Payable | 105,000.00 |
| **Total Payroll Liabilities** | **111,341.90** |
| **Total Other Current Liabilities** | **$148,177.90** |
| **Total Current Liabilities** | **$1,106,664.31** |
| **Total Liabilities** | **$1,106,664.31** |
| Equity | |
| Owners Distribution | -1,005,500.00 |
| Retained Earnings | 1,425,915.16 |
| Net Income | -6,311.55 |
| **Total Equity** | **$414,103.61** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,520,767.92** |

| | NAME OF COMPANY CHILDREN FIRST CONSULTANTS INC | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Weeks Projection** | | | | | | | | | | | | | | | |
| DRAFT & PRELIMINARY | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 |
| | 11-10/11-16 | 11/17-11/23 | 11/24-11/30 | 12/01-12/07 | 12/08-12/14 | 12/15-12/21 | 12/22-12/28 | 12/29-1/04 | 1/05-1/11 | 1/12-1/18 | 1/19-1/25 | 1/26-2/1 | 2/2-2/8 | 2/9 -2/15 | 2/16-2/22 |
| **Cash on Bank** | 14,051.33 | | | | | | | | | | | | | | |
| **Revenues** | | | | | | | | | | | | | | | |
| Welfare | | | $8,753.02 | | $5,616.16 | $5,552.62 | | $6,696.00 | | | | | | | |
| Medicaid | | | | | | | | | | | | | | | |
| **Total Revenue** | $14,051.33 | - | 8,753.02 | - | 8,435.55 | 5,552.62 | - | $6,696.00 | | | | | | - | |
| **Cost of Revenue** | | | | | | | | | | | | | | | |
| Cost of Revenue | | | | | | | | | | | | | | | |
| Total Cost of Revenue | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | | | | | | $  - | $  - |
| **Gross Revenue** | $14,051.33 | $  - | $8,753.02 | $  - | $ 8,435.55 | $ 5,552.62 | $  - | $ 6,696.00 | | | | | | $  - | $  - |
| | | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Rent/STORAGE | | | | 500 | | | | 500 | | | | $109.26 | | | |
| Dropbox | | | | $75.00 | | | | $75.00 | | | | $75.00 | | | |
| Adobe | | | | | $25.00 | | | | $25.00 | | | | | | |
| Google | | $30.00 | | $18.00 | | | | $18.00 | | | | $18.00 | | | $70.00 |
| Quickbooks | | | | $70.00 | | | $30.00 | $80.00 | $70.00 | | $70.00 | | | | |
| Supplies | | | | $80.00 | | | | | | | | $0.00 | | | |
| Amazon | | | | $14.00 | | | | $14.00 | | | | $14.00 | | | |
| Bank Service Fee | | | $60.00 | | | | $60.00 | | | | $12.00 | | | | $12.00 |
| Fax | | | $40.00 | | | | $40.00 | | | | $10.00 | | | | $10.00 |
| Professional Fees | $3,350.00 | | $6,270.10 | | $2,267.00 | $3,069.70 | | $4,062.50 | | | | $6,725.00 | | | |
| Google Storage | | | | | | | | | | | | | | | |
| Hiscox Insurance | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **Total Operating Expenses** | $ 3,350.00 | $ 30.00 | $ 6,370.10 | $ (757.00) | $ 2,292.00 | $ 3,069.70 | $ 130.00 | $ 4,749.50 | $ 95.00 | $  - | $ 92.00 | $ 6,941.26 | $0.00 | $0.00 | $92.00 |
| | | | | | | | | | | | | | | | |
| **Weekly Cash Flow** | $10,701.33 | $ (30.00) | $2,382.92 | $ (757.00) | $ 6,143.55 | $ 2,482.92 | $ (130.00) | $ 1,946.50 | $ (95.00) | $  - | $ (92.00) | $ (6,941.26) | $  - | $  - | $ (92.00) |
| | | | | | | | | | | | | | | | |
| **Cash on Hand** | | | | | | | | | | | | | | | |
| Operating Balance | $  - | $10,701.33 | ######## | $13,054.25 | $12,297.25 | $18,440.80 | $20,923.72 | $20,793.72 | $22,740.22 | $22,645.22 | $22,645.22 | $22,553.22 | $15,611.96 | $15,611.96 | $15,611.96 |
| Cash Receipts + | 14,051.33 | - | 8,753.02 | - | 8,435.55 | 5,552.62 | - | 6,696.00 | | | | | | - | |
| Cash Disbursements - | (3,350.00) | (30.00) | (6,370.00) | (757.00) | (2,292.00) | (3,069.70) | (130.00) | (4,749.50) | (95.00) | | (92.00) | (6,941.26) | | | (92.00) |
| Total =New Cash Balance | $10,701.33 | $10,671.33 | ######## | $12,297.25 | $18,440.80 | $20,923.72 | $20,793.72 | $22,740.22 | $22,645.22 | $22,645.22 | $22,553.22 | $15,611.96 | $15,611.96 | $15,611.96 | $15,519.96 |

| Weeks Projection | Week 16 | Week 17 | Week 18 | Week 19 | Week 20 | Week 21 | Week 22 | Wek 23 | Week 24 | Week 25 | Week 26 | Week 27 | Week 28 | Week 29 | Week 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DRAFT & PRELIMINARY | 2/23-2/29 | 3/1-3/7 | 3/8-3/14 | 3/15-3/21 | 3/22-3/28 | 3/29-4/4 | 4/5-4/11 | 4/12-4/18 | 4/19-4/25 | 4/26-5/2 | 5/3-5/9 | 5/10-5/16 | 5/17-5/23 | 5/24-5/30 | 5/31-6/6 |
| Cash on Bank | | | | | | | | | | | | | | | |
| Revenues | | | | | | | | | | | | | | | |
| Wellcare | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Medicaid | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Total Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost of Revenue | | | | | | | | | | | | | | | |
| Cost of Revenue | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Total Cost of Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | | | | |
| Gross Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | | | |
| Rent/STORAGE | | $76.77 | | | | $76.77 | | | | $76.77 | | | | | |
| Dropbox | | $75.00 | | | | $75.00 | | | | $75.00 | | | | | |
| Adobe | | | | $24.99 | | | | | $24.99 | | | | | | $24.99 |
| Google | | $18.00 | | | | $18.00 | | | | $18.00 | | | | | |
| Quickbooks | | | | | $70.00 | | | | $70.00 | | | | | | $70.00 |
| Supplies | | $0.00 | | | | $0.00 | | | $0.00 | $0.00 | | | | | |
| Amazon | | $13.09 | | | | $13.09 | | | $13.09 | $13.09 | | | | | |
| Bank Service Fee | | | | | $12.00 | | | | $12.00 | | | | | | $12.00 |
| Fax | | | | | $10.00 | | | | $10.00 | | | | | | $10.00 |
| Professional Fees | | | | | | | | | | | | | | | |
| Google Storage | | | | | $1.99 | | | | $1.99 | | | | | | $1.99 |
| Hiscox Insurance | | | | | | | | | $98.83 | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Total Operating Expenses | $0.00 | $182.86 | $0.00 | $24.99 | $93.99 | $182.86 | $0.00 | $0.00 | $217.81 | $182.86 | $0.00 | $0.00 | | $0.00 | $118.98 |
| | - | | - | | | | - | - | | | - | - | - | - | |
| Weekly Cash Flow | $ - | $ (182.86) | $ - | $ (24.99) | $ (93.99) | $ (182.86) | $ - | $ - | $ (217.81) | $ (182.86) | $ - | $ - | $ - | $ - | $ (118.98) |
| | | | | | | | | | | | | | | | |
| Cash on Hand | | | | | | | | | | | | | | | |
| Operating Balance | $15,519.96 | $15,519.96 | $15,337.10 | $15,337.10 | $15,312.11 | $15,218.12 | $15,035.26 | $15,035.26 | $15,035.26 | $14,817.45 | $14,634.59 | $14,634.59 | $14,634.59 | $14,634.59 | $14,634.59 |
| Cash Receipts + | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Disbursements - | - | (182.86) | - | (24.99) | (93.99) | (182.86) | - | - | (217.81) | (182.86) | - | - | - | - | (118.98) |
| Total =New Cash Balance | $15,519.96 | $15,337.10 | $15,337.10 | $15,312.11 | $15,218.12 | $15,035.26 | $15,035.26 | $15,035.26 | $14,817.45 | $14,634.59 | $14,634.59 | $14,634.59 | $14,634.59 | $14,634.59 | $14,515.61 |

# Weeks Projection

| DRAFT & PRELIMINARY | Week 31 6/7-6/13 | Week 32 6/14-6/20 | Week 33 6/21-6/27 | Week34 6/27-7/4 | Week 34 7/5-7/11 | Week 35 7/12-7/18 | Week 36 7/19-7/25 | Week 37 7/26-8/1 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Cash on Bank** | | | | | | | | | |
| **Revenues** | | | | | | | | | |
| Welfcare | $ - | $ - | $ - | $ - | $ - | $ 604.13 | $ - | $ - | $27,221.93 |
| Medicaid | | | | | | | | | $ - |
| **Total Revenue** | - | - | - | - | - | - | - | - | $43,488.52 |
| **Cost of Revenue** | | | | | | | | | |
| Cost of Revenue | | | | | | | | | 0 |
| **Total Cost of Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross Revenue** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $43,488.52 |
| | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | |
| Rent/STORAGE | $76.77 | | | $76.77 | | | $76.77 | $76.77 | $1,569.88 |
| Dropbox | $75.00 | | | $75.00 | | | | $75.00 | $675.00 |
| Adobe | | | $24.99 | | | | $24.99 | | $174.95 |
| Google | $18.00 | | | $18.00 | | | | $18.00 | $162.00 |
| Quickbooks | | | $70.00 | | | | $70.00 | | $690.00 |
| Supplies | $0.00 | | $0.00 | | | | | $0.00 | $160.00 |
| Amazon | $13.09 | | | $13.09 | | | | $13.09 | $120.54 |
| Bank Service Fee | | | $12.00 | | | | $12.00 | | $204.00 |
| Fax | | | $10.00 | | | | $10.00 | | $0.00 |
| Professional Fees | | | | | | | | | $25,744.30 |
| Google Storage | | | $1.99 | | | | $1.99 | | $9.95 |
| Hiscox Insurance | | | $98.83 | | | | $98.83 | | $296.49 |
| | | | | | | | | | |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| **Total Operating Expenses** | $182.86 | $0.00 | $217.81 | $182.86 | $0.00 | $0.00 | $217.81 | $182.86 | $29,957.11 |
| | | | | | | | | | |
| **Weekly Cash Flow** | $ (182.86) | $ - | $ (217.81) | $ (182.86) | $ - | $ - | $ (217.81) | $ (182.86) | $15,611.96 |
| | | | | | | | | | |
| **Cash on Hand** | | | | | | | | | |
| Operating Balance | $14,515.61 | $14,332.75 | $14,332.75 | $14,114.94 | $13,932.08 | $13,932.08 | $13,932.08 | $13,714.27 | |
| Cash Receipts + | | | | | | | | | |
| Cash Disbursements - | (182.86) | - | (217.81) | (182.86) | - | - | (217.81) | (182.86) | |
| Total =New Cash Balance | $14,332.75 | $14,332.75 | $14,114.94 | $13,932.08 | $13,932.08 | $13,932.08 | $13,714.27 | $13,531.41 | |